If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

From my employer (for past 3-months)
From unemployment (for 5-months)

3. Do you own any cash, or do you have money in checking or savings accounts?
Yes ☑  No ☐  (Include any funds in prison accounts.)
If the answer is "yes," state the total value of the items owned.

$5000/- (to be given to creditors)

United States Courts
Southern District of Texas
ENTERED

JUL 0 2 2004

Michael N. Milby, Clerk of Court

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
Yes ☑  No ☐
If the answer is "yes," describe the property and state its approximate value.

NISSAN QUEST — 2000
TOYOTA COROLA — 500

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

SHOA RAZVI — SPOUSE
KAZIM RAZVI — SON (12)
KULSM RAZVI — DAUGHTER (11)
ABID RAZVI — SON (6)
MOHAMAD RAZVI — SON (5)
MOHSIN RAZVI — SON (10-month)

ALL THE MONEY
$6000/month

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06-19-04
(Date)

_____
Signature of Applicant

---

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

## ORDER OF COURT

The application is hereby denied. Applicant has a salary of $85,000 per year, and can therefore pay filing fees.

_____ 6/29/04
United States Judge        Date

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____ _____
United States Judge       Date
or Magistrate

#2